1
2
3
4
5
6
7
8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ERIC ROBINSON,

11              Plaintiff,                    No. CIV S-11-1388 GGH P

12        vs.

13   SOLANO STATE PRISON, et al.,

14              Defendants.               ORDER

15   _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed a motion for law library

17   access.  In his motion, plaintiff alleges that a court order is necessary so he can obtain additional

18   law library access.  However, the only deadline approaching is for plaintiff's amended complaint.

19   Plaintiff's original complaint was dismissed so plaintiff could provide more factual detail

20   regarding his allegations of unsafe sleeping conditions.  Plaintiff does not need law library access

21   to file an amended complaint, he must provide a more detailed factual background as set forth in

22   the court's screening order.

23   ////

24   ////

25   ////

26   ////

                                        1

1        Accordingly, IT IS HEREBY ORDERED that plaintiff's June 17, 2011 motion for

2   law library access (Docket No. 8) is denied.

3   DATED: June 22, 2011

4

5                                                    /s/ Gregory G. Hollows

6                                                    _____
                                                     GREGORY G. HOLLOWS
                                                     UNITED STATES MAGISTRATE JUDGE

7   GGH: ab
    robi1388.80

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                            2