IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC ROBINSON,

        Plaintiff,                     No. CIV S-11-1388 GGH P

    vs.

SOLANO STATE PRISON, et al.,

        Defendants.             ORDER

/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis. He seeks relief pursuant to 42 U.S.C. § 1983. This case is before the undersigned pursuant to plaintiff's consent. Doc. 7. Plaintiff's prior complaints were dismissed and plaintiff was granted leave to file a third amended complaint. On November 21, 2011, plaintiff was granted a 17 day extension to file a third amended complaint. That time period has now expired, and plaintiff has not filed a third amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: April 24, 2012

                                     /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE

GGH: ab
robi1388.fta